# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENG SAETEURN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:18-cv-0538 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED SEPTEMBER 7, 2018<br><br>(Doc. 9) |

Previously, the Court ordered Defendant to show cause why sanctions should not be imposed for failure to comply with the Court's scheduling order. (Doc. 9) In the alternative, Defendant was directed to file and serve the administrative record. (*Id.* at 2) Defendant filed a timely response to the Court's order, and has filed the certified administrative record. (Docs. 10, 11) Accordingly, the order to show cause dated September 7, 2018 (Doc. 9) is **DISCHARGED**.

IT IS SO ORDERED.

　　Dated: **October 3, 2018**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE