# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENG SAETEURN, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:18-cv-0538 - JLT <br><br> AMENDED ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME <br><br> (Doc. 16) |

On December 3, 2018, the parties filed a stipulation for Plaintiff to have an extension of time to file an opening brief. (Doc. 16) The Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 4 at 4), and this is the first extension requested by either party. Accordingly, the Court **ORDERS:**

1. The request for an extension of time (Doc. 16) is **GRANTED**; and
2. Plaintiff **SHALL** file an opening brief no later than **January 4, 2019**.

IT IS SO ORDERED.

Dated: **December 17, 2018**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1